UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30059-KPN

| | |
|---|---|
| MICHAEL MORIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| BERKSHIRE COUNTY and COMMONWEALTH OF MASSACHUSETTS | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the defendants in the above-entitled matter.

**DEFENDANTS**

By Their Attorney,

**THOMAS F. REILLY
ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
Tel. No. (413) 784-1240 Ext. 105
Fax No. (413) 784-1244
BBO No. 618656

DATED: April 26, 2005.

1

CERTIFICATE OF SERVICE

    I, Timothy M. Jones, hereby certify it is my understanding that plaintiff's counsel will be served with this pleading via the CM/ECF filing system.

                                      By: /s/ Timothy M. Jones
                                            Timothy M. Jones