UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.05-30059-KPN

| | |
|---|---|
| MICHAEL MORIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| BERKSHIRE COUNTY and COMMONWEALTH OF MASSACHUSETTS, | ) |
| Defendants. | ) |

**DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Attorney General, on behalf of the defendants Berkshire County and Commonwealth of Massachusetts (the "Commonwealth"), submits this assented to motion to enlarge time to respond to plaintiff's complaint until and including May 26, 2005. In support of this motion, the Commonwealth states the following:

1. The Commonwealth was served with the summons and complaint on April 6, 2005, making the response due for service on April 26, 2005.

2. The undersigned Assistant Attorney General needs additional time to investigate thoroughly the allegations and claims in the complaint.

3. The plaintiff assented to the above extension to respond to the complaint.

WHEREFORE, for the above reasons, the Commonwealth requests that this Court grant its assented to motion to enlarge time to respond to plaintiff's complaint until and including May 26, 2005

        **COMMONWEALTH**

        By Its Attorney,

        **THOMAS F. REILLY**
        **ATTORNEY GENERAL**

        By: /s/ Timothy M. Jones
            Timothy M. Jones
            Assistant Attorney General
            Western Massachusetts Division
            1350 Main Street, 4th Floor
            Springfield, MA 01103
            (413)784-1240 ext. 105
            (413)784-1244 - Fax
            BBO#618656

### CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify it is my understanding that plaintiff's counsel will be served with this pleading via the CM/ECF filing system.

        By: /s/ Timothy M. Jones
            Timothy M. Jones