UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.05-30059-KPN

_____
                                              )
MICHAEL MORIN,                        )
                                              )
       Plaintiff,               )
                                              )
v.                                            )
                                              )
BERKSHIRE COUNTY and  )
COMMONWEALTH OF          )
MASSACHUSETTS,            )
                                              )
       Defendants.       )
_____ )

**DEFENDANTS' MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

      The Attorney General, on behalf of the defendants Berkshire County and Commonwealth of Massachusetts (the "Commonwealth"), submits this motion to enlarge the time to respond to plaintiff's complaint until and including June 26, 2005. In support of this motion, the Commonwealth states the following:

      1.      The complaint was served on April 6, 2005. The Commonwealth's response to the complaint is due for filing on May 26, 2005, pursuant to a thirty day extension agreed to by plaintiff and allowed by the Court.

      2.      The undersigned Assistant Attorney General needs additional time to investigate thoroughly the allegations and claims in the complaint. The complaint contains six relatively complex statutory and constitutional claims (Count IV actually asserts two claims—due process and equal protection) based upon the allegations of disability discrimination. The undersigned

has been investigating the legal claims and the factual claims by, among other things, attempting to obtain information from the Commonwealth's Division of Capital Asset Management (DCAM). This process has been hindered, however, by the complexity of the issues and the press of urgent business within the Attorney General's Office.

3. The undersigned hereby certifies that he attempted unsuccessfully to contact the plaintiff's attorney regarding the requested extension, in accordance with LR 7.1(A)(2).

WHEREFORE, for the above reasons, the Commonwealth requests that this Court grant its motion to enlarge time to respond to plaintiff's complaint until and including June 26, 2005

**COMMONWEALTH**

By Its Attorney,

**THOMAS F. REILLY
ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify it is my understanding that plaintiff's counsel will be served with this pleading via the CM/ECF filing system.

By: /s/ Timothy M. Jones
Timothy M. Jones