UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.05-30059-KPN

|  |  |
|---|---|
| MICHAEL MORIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| BERKSHIRE COUNTY and COMMONWEALTH OF MASSACHUSETTS, | ) |
| Defendants. | ) |

**ASSENTED TO MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Attorney General, on behalf of the defendants Berkshire County and Commonwealth of Massachusetts (the "Commonwealth"), submits this motion to enlarge the time to respond to plaintiff's complaint until and including July 15, 2005. In support of this motion, the Commonwealth states the following:

1. The undersigned Assistant Attorney General needs additional time to investigate thoroughly the allegations and claims in the complaint. The complaint contains six relatively complex statutory and constitutional claims (Count IV actually asserts two claims—due process and equal protection) based upon the allegations of disability discrimination. The undersigned has been investigating the legal claims and the factual claims by, among other things, attempting to obtain information from the Commonwealth's Division of Capital Asset Management (DCAM). This process has been hindered, however, by the complexity of the issues and the

press of urgent business within the Attorney General's Office.

3.	The undersigned will be on vacation from June 27, 2005 until July 11, 2005.

3.	Plaintiff's counsel assented to this motion.

WHEREFORE, for the above reasons, the Commonwealth requests that this Court grant its motion to enlarge time to respond to plaintiff's complaint until and including July 15, 2005

> COMMONWEALTH
>
> By Its Attorney,
>
> **THOMAS F. REILLY**
> **ATTORNEY GENERAL**
>
> By: /s/ Timothy M. Jones
> Timothy M. Jones
> Assistant Attorney General
> Western Massachusetts Division
> 1350 Main Street, 4th Floor
> Springfield, MA 01103
> (413)784-1240 ext. 105
> (413)784-1244 - Fax
> BBO#618656

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify this the 22nd day of June, 2005 that it is my understanding that plaintiff's counsel will be served with this pleading via the CM/ECF filing system.

> By: /s/ Timothy M. Jones
> Timothy M. Jones