UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.05-30059-KPN

| | |
|---|---|
| MICHAEL MORIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR LEAVE TO FILE STIPULATION REGARDING
SECOND AMENDED COMPLAINT**

The parties jointly move for leave pursuant to LR 7.1(B)(3) to file the following stipulation:

1. Prior to the most recent deadline for submission of a response to the amended complaint (July 15, 2005), the parties conferred pursuant to LR 7.1(A)(2) regarding the Commonwealth's objections to certain claims in the amended complaint.

2. As a result of the LR 7.1 conference the parties agreed that the plaintiff would file a second amended complaint pursuant to Fed. R. Civ. P. 15(a) and the Commonwealth would file a response within 10 days of service as provided by Rule 15.

3. The parties hereby stipulate that the plaintiff will file and serve the second amended complaint no later than August 12, 2005 and the Commonwealth will file and serve its response on or before August 22, 2005. The parties also stipulate that the Commonwealth's

agreement to the filing of a second amended complaint does not waive or relinquish in any way any and all defenses that the Commonwealth may have to the claims in the second amended complaint, which defenses shall be asserted pursuant to the Fed. R. Civ. P. 12 or as otherwise provided by the Federal Rules of Civil Procedure.

WHEREFORE, for parties move that the Court allow leave to accept this stipulation for filing.

**COMMONWEALTH**
By Its Attorney,
**THOMAS F. REILLY**
**ATTORNEY GENERAL**

/s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656


**PLAINTIFF, By**

/s/ Michael B. Newman
Michael B. Newman
Clark, Hunt and Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920 - tel
617-494-1921 - fax