# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

**DOCKET NO. 05-30059-KPN**

_____ )
                                   )
**MICHAEL MORIN**             )
       **Plaintiff**           )
                                     )
**v.**                               )     **NOTICE OF ASSENTED TO**
                                     )     **FILING OF SECOND AMENDED**
**COMMONWEALTH OF**       )     **COMPLAINT PURSUANT TO**
**MASSACHUSETTS and JOHN DOE,**  )     **RULE 15(a)**
**Individually and in his Official**    )
**Capacity,**                           )
       **Defendants**         )
_____ )

        Now comes the plaintiff, Michael Morin, in the above-captioned matter and hereby provides notice of the filing of his Second Amended Complaint.  In accordance with Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiff has obtained the written consent of the adverse party as indicated below.

        WHEREFORE, the plaintiff hereby provides notice of the filing of his Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.


The Plaintiff, Michael Morin,            Assented to on behalf of Defendants,
By his attorneys,                   By their attorney,

**CLARK, HUNT & EMBRY**

_/s/ Michael B. Newman_               _/s/ Timothy M. Jones_
_____      _____
William J. Hunt (244720)              Timothy M. Jones (618656)
Michael B. Newman (632222)        Assistant Attorney General
55 Cambridge Parkway            Western Massachusetts Division
Cambridge, MA 0214               1350 Main St., 4th Floor
(617) 494-1920                     Springfield, MA  01103
                                       (413) 784-1240 Ext. 105