UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.05-30059-KPN

MICHAEL MORIN, )
 )
       Plaintiff, )
 )
v. )
 )
COMMONWEALTH OF )
MASSACHUSETTS and, )
JOHN DOE, Individually and in his )
Official Capacity, )
 )
       Defendants. )
 )

## ENTRY OF APPEARANCE

The Attorney General hereby enters an appearance on behalf of defendant John Doe.

**COMMONWEALTH and
JOHN DOE**

By Their Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

1

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify this the 22nd day of August, 2005 that I served the Entry of Appearance by First Class mail upon plaintiff's counsel as follows:

William J. Hunt
Michael B. Newman
Attorneys at Law
Clark, Hunt and Embry
55 Cambridge Parkway
Cambridge, MA 02142

By: _____
Timothy M. Jones