UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30059-KPN

| | |
|---|---|
| MICHAEL MORIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| COMMONWEALTH OF MASSACHUSETTS and, JOHN DOE, Individually and in his Official Capacity, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

The Attorney General, on behalf of the defendants, Commonwealth of Massachusetts (the "Commonwealth") and John Doe, submits this motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). For all of the reasons provided in the Defendants' Memorandum in Support of Motion to Dismiss, which is incorporated herein, Morin's claims should be dismissed as follows:

    I.    Count IV, which alleges equal protection and due process violations against Doe on the basis of Morin's disability, should be dismissed because such claims are subsumed by Morin's Americans with Disability Act ("ADA") claim, Count I, and his Rehabilitation Act claim, Count II.

    II.   Counts I (ADA), II (Rehabilitation Act), and III (ADA) should be dismissed to the

1

     extent that they claim damages because nowhere in the Second Amended Complaint has Morin alleged intentional discrimination or economic damages (even when all reasonable inferences are drawn in Morin's favor). And, Count III, which alleges a violation of the ADA's self evaluation requirement, cannot provide a basis for damages.

III.    Count IV, which alleges a violation of equal protection against Doe, should be dismissed in its entirety because nowhere in the Second Amended Complaint has Morin alleged intentional discrimination (even when all reasonable inferences are drawn in Morin's favor).

IV.    The procedural due process claim in Count IV should be dismissed because it constitutes a collateral attack on the Underlying Action, which, according to the <u>Rooker-Feldman</u> doctrine, precludes this Court from acquiring subject matter jurisdiction over it.

V.    Count V, which alleges a violation of G.L. c. 93 § 103 and Article CXIV of the Massachusetts Constitution, should be dismissed because the Commonwealth is not a person and it has not waived its sovereign immunity nor its Eleventh Amendment Immunity.

COMMONWEALTH

By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify this the 22nd day of August, 2005 that I served the Commonwealth's Motion to Dismiss by First Class mail upon plaintiff's counsel as follows:

William J. Hunt
Michael B. Newman
Attorneys at Law
Clark, Hunt and Embry
55 Cambridge Parkway
Cambridge, MA 02142

By: _____
Timothy M. Jones