**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**MICHAEL MORIN**

**CASE NO. 05-30059- MAP**

**V.**

**COMMONWEALTH OF MASSACHUSETTS**

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON ALL PENDING MOTIONS on JANUARY 6, 2006 at 2:00 PM before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

**SARAH THORNTON**
**CLERK OF COURT**

9/21/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)        [kntchrgcnf.]
                                      [ntchrgcnf.]