UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL MORIN,                    )
            Plaintiff            )
                                 )
            v.                   ) C.A. NO. 05-30059-MAP
                                 )
COMMONWEALTH OF MASSACHUSETTS,)
ET AL,                           )
            Defendants           )

MEMORANDUM AND ORDER REGARDING
DEFENDANTS' MOTION TO DISMISS
AND PLAINTIFF'S MOTION TO STRIKE
(Docket Nos. 13 & 15)

January 9, 2006

PONSOR, D.J.

Counsel appeared for argument on Defendants' Motion to Dismiss and Plaintiff's Motion to Strike on January 6. 2005. At the conclusion of the argument, the court DENIED the Motion to Dismiss as to Counts I, II, and III, but ALLOWED the Motion to Dismiss as to Counts IV and V.

Plaintiff's Motion to Strike is DENIED, as moot, since the court did not consider its contents in addressing Defendant's Motion to Dismiss.

The reasons for the court's rulings were set forth in detail orally following oral argument, but may be summarized as follows. As for Counts I through III, the court determined that a sufficiently egregious level of intentionality was pled to permit the litigation to move forward on those claims. As to Count IV, the court

concluded that a cause of action pursuant to 42 U.S.C. §
1983 will not lie when a more specific statute providing a
full remedy is already available to Plaintiff.  With regard
to Count V, the court concluded that the Commonwealth was
entitled to Eleventh Amendment immunity.

Further proceedings will unfold in accordance with the
scheduling order issued this day.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge