UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL MORIN,                )
      Plaintiff      )
                     )
      v.             )  C.A. NO. 05-30059-MAP
                     )
COMMONWEALTH OF MASSACHUSETTS,)
ET AL,                        )
      Defendants     )

SCHEDULING ORDER

January 9, 2006

PONSOR, D.J.

Counsel appeared before this court on January 6, 2006, at which time the court allowed Defendants' Motion to Dismiss, in part, and denied Plaintiff's Motion to Strike. The case will now proceed in accordance with the following schedule:

    1. All automatic discovery will be exchanged by January 31, 2006.

    2. All interrogatories and requests for production will be served by February 28, 2006.

    3. All non-expert depositions will be completed by June 30, 2006.

    4. Also by June 30, 2006, Plaintiff will convey to Defendants a report as required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial.

    5. Defendants' Rule 26(a)(2) report will be filed by July 31, 2006.

    6. All expert depositions will be completed and discovery will close on September 30, 2006.

    7. Counsel will appear again before this court for a final pretrial conference on October 11, 2006 at

2:00 p.m.  At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

It is So Ordered.

                                          /s/ Michael A. Ponsor
                                          MICHAEL A. PONSOR
                                          United States District Judge