UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.05-30059-KPN

|  |  |
|---|---|
| MICHAEL MORIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The parties jointly move to extend all Scheduling Order deadlines by ninety days for the following reasons:

1. The plaintiff, Michael Morin, has asserted disability discrimination claims under the ADA and Rehabilitation Act. He claims that the Berkshire Superior Court denied him equal access because of alleged architectural and programmatic barriers.

2. The parties have agreed to explore whether this matter can be resolved without additional litigation. Additional litigation could unnecessarily escalate attorney fees and costs and therefore hinder a resolution. The current deadline for completing depositions of fact witnesses is June 30, 2006.

3. Settlement discussions will necessitate a substantial amount of time because of the inherent complexities raised by Morin's demand to change certain architectural and procedural components that Morin claims denied him access.

1

4.     Allowance of this motion is the interest of justice and judicial economy, as it could completely resolve this matter without the expenditure of additional resources.

WHEREFORE, the parties move that the Court extend all Scheduling Order deadlines by ninety days.

**COMMONWEALTH**
By Its Attorney,
**THOMAS F. REILLY**
**ATTORNEY GENERAL**

/s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656
Date: May 25, 2006


**PLAINTIFF, By**

/s/ Michael B. Newman
Michael B. Newman
Clark, Hunt and Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920 - tel
617-494-1921 – fax
Date: May 25, 2006