UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.05-30059-KPN

| | |
|---|---|
| MICHAEL MORIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| BERKSHIRE COUNTY and COMMONWEALTH OF MASSACHUSETTS, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties to this action hereby voluntarily stipulate to a dismissal of this action in its entirety **with prejudice**, pursuant to the Settlement Agreement between the parties and F.R.Civ.P. 41(a)(1)(ii).

**MICHAEL MORIN**

By His Attorney,
**MICHAEL NEWMAN**

_____ date 10/6/06
Michael B. Newman, Attorney at Law
Clark, Hunt and Embry
55 Cambridge Parkway
Cambridge, MA  02142
BBO#632222
(617)494-1920 - Telephone
(617)494-1921- Facsimile

**THE DEFENDANT**

By Its Attorney,
**THOMAS F. REILLY**
**ATTORNEY GENERAL**

By: _____ date 10/10/06
Rosemary Tarantino
Assistant Attorney General
1350 Main Street
Springfield, MA 01103
BBO#492233
(413)784-1240 ext. 112-Telephone
(413)784-1244 -Facsimile